FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2017 JAN -6  AM 10: 53

STEPHAN HARRIS, CLERK
CHEYENNE

Page 2

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF

HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District of Wyoming 17-CV-04-S |
|---|---|
| Name (under which you were convicted): Rogelio Munoz Rodriguez Jr | Docket or Case No.: 5709 |
| Place of Confinement: Park County Detention Center | Prisoner No.: |

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| Rogelio Munoz Rodriguez Jr | Park County Detention Center |
| v. | The Attorney General of the State of WY |

PETITION

1.   (a) Name and location of court that entered the judgment of conviction you are challenging:

Cody Wyoming Circuit Court

(b) Criminal docket or case number (if you know): 5709

2.   (a) Date of the judgment of conviction (if you know): November 29 2016 Preliminary

(b) Date of sentencing: November 29 2016 Preliminary hearing

Case got bounded over to district

3.   Length of sentence: NA

4.   In this case, were you convicted on more than one count or of more than one crime?   ☐ Yes ☑ No

5.   Identify all crimes of which you were convicted and sentenced in this case: NA

6.   (a) What was your plea? (Check one)
     (1) Not guilty  ☑     (3) Nolo contendere (no contest)  ☐
     (2) Guilty     ☐     (4) Insanity plea  ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? not guilty to delivery of controld sub

(c) If you went to trial, what kind of trial did you have? (Check one)   ☐ Jury ☑ Judge only

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?   ☐ Yes ☑ No

_Park County Wyoming_

Page 3

8. Did you appeal from the judgment of conviction? ☐ Yes ☑ No

9. If you did appeal, answer the following:

(a) Name of court: _in the Circuit court fifth Judicial District_

(b) Docket or case number (if you know): _5209_

(c) Result: _bounded over to district_

(d) Date of result (if you know): _November 29 2016_

(e) Citation to the case (if you know): _NA_

(f) Grounds raised: _N A_

(g) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☐ No
   If yes, answer the following:
   (1) Docket or case number (if you know): _____
   (2) Result: _____
   (3) Date of result (if you know): _____
   (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☑ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

   (a) (1) Name of court: _in the Circuit Court fifth Judicial District_ _Park County Wyoming_
       (2) Docket or case number (if you know): _CR -2016 - 230 - C O D_
       (3) Date of filing (if you know): _December 15 2016_
       (4) Nature of the proceeding: _motion for Dismisal Pro-se_
       (5) Grounds raised: _Due Process rights Violated Violation of Constitutional Rights_
       (6) Did you receive a hearing where evidence was given on your petition, application, or motion? ☐ Yes ☑ No
       (7) Result: _N A_
       (8) Date of result (if you know): _N A_

   (b) If you filed any second petition, application, or motion, give the same information:
       (1) Name of court: _____
       (2) Docket or case number (if you know): _____
       (3) Date of filing (if you know): _____
       (4) Nature of the proceeding: _____
       (5) Grounds raised: _____
       (6) Did you receive a hearing where evidence was given on your petition, application, or motion? ☐ Yes ☐ No
       (7) Result: _____
       (8) Date of result (if you know): _____

   (c) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?
       (1) First petition: ☐ Yes ☑ No
       (2) Second petition: ☐ Yes ☐ No
       (3) Third petition: ☐ Yes ☑ No

Page 4

(d)   If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

N/A

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

Please go to Ground One

yellow Stone County Billings Montana

GROUND ONE: *Vilofation of extrdition Rights*                    Page 5

_____

(a)   Supporting facts (Briefly summarize your claim.  You may provide additional argument and legal
      citations in a separate supporting memorandum): *got extradited without*
      *Sighning a Extradition Waiver*
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____

(b)   If you did not exhaust your state remedies on Ground One, explain why: *park County came*
      *to pik me up*

(c)   Direct Appeal of Ground One:
      (1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes   ☑ No
      (2) If you did not raise this issue in your direct appeal, explain why: _____
      *got evradited*

(d)   Post-Conviction Proceedings:
      (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial
      court?                                                                            ☐ Yes   ☑ No
      (2) If your answer to Question (d)(1) is "Yes," state:
      Type of motion or petition: _____ *N A* _____

      Name and location of the court where the motion or petition was filed: _____ *N/A* _____

      Docket or case number (if you know): _____ */.* _____
      Date of the court's decision: _____
      Result (attach a copy of the court's opinion or order, if available): _____

      (3) Did you receive a hearing on your motion or petition?                         ☐ Yes   ☑ No
      (4) Did you appeal from the denial of your motion or petition?                    ☐ Yes   ☑ No
      (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes  ☑ No
      (6) If your answer to Question (d)(4) is "Yes," state:
      Name and location of the court where the appeal was filed: _____ *N A* _____

      Docket or case number (if you know): *2175*
      Date of the court's decision: _____
      Result (attach a copy of the court's opinion or order, if available): _____

      (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
      *because Park County came and piked me up*

(e)   Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.)
      that you have used to exhaust your state remedies on Ground One: _____ *N A* _____
      _____

GROUND TWO:_____
_____
_____

(a)    Supporting facts (Briefly summarize your claim. You may provide additional argument and legal
citations in a separate supporting memorandum): _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b)    If you did not exhaust your state remedies on Ground Two, explain why: _____
_____

(c)    Direct Appeal of Ground Two:
(1) If you appealed from the judgment of conviction, did you raise this issue?    □ Yes  □ No
(2) If you did not raise this issue in your direct appeal, explain why: _____
_____

(d)    Post-Conviction Proceedings:
(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial
court?    □ Yes  □ No
(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: _____
_____
Name and location of the court where the motion or petition was filed: _____
_____
Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____
_____
(3) Did you receive a hearing on your motion or petition?    □ Yes  □ No
(4) Did you appeal from the denial of your motion or petition?    □ Yes  □ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? □ Yes  □ No
(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____
_____
Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____
_____
(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
_____

(e)    Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.)
that you have used to exhaust your state remedies on Ground Two:_____
_____

GROUND THREE:_____
_____
_____

(a)     Supporting facts (Briefly summarize your claim.  You may provide additional argument and legal
        citations in a separate supporting memorandum): _____
        _____
        _____
        _____
        _____
        _____
        _____
        _____
        _____
        _____
        _____
        _____

(b)     If you did not exhaust your state remedies on Ground Three, explain why: _____
        _____

(c)     Direct Appeal of Ground Three:
        (1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes   ☐ No
        (2) If you did not raise this issue in your direct appeal, explain why: _____
        _____

(d)     Post-Conviction Proceedings:
        (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial
        court?                                                                             ☐ Yes   ☐ No
        (2) If your answer to Question (d)(1) is "Yes," state:
        Type of motion or petition: _____
        _____
        Name and location of the court where the motion or petition was filed: _____
        _____
        Docket or case number (if you know): _____
        Date of the court's decision: _____
        Result (attach a copy of the court's opinion or order, if available): _____
        _____
        (3) Did you receive a hearing on your motion or petition?                          ☐ Yes   ☐ No
        (4) Did you appeal from the denial of your motion or petition?                     ☐ Yes   ☐ No
        (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes   ☐ No
        (6) If your answer to Question (d)(4) is "Yes," state:
        Name and location of the court where the appeal was filed: _____
        _____
        Docket or case number (if you know): _____
        Date of the court's decision: _____
        Result (attach a copy of the court's opinion or order, if available): _____
        _____
        (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
        _____

(e)     Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.)
        that you have used to exhaust your state remedies on Ground Three: _____
        _____

Page 8

GROUND FOUR: _____
_____
_____

(a)    Supporting facts (Briefly summarize your claim.  You may provide additional argument and legal
       citations in a separate supporting memorandum): _____
       _____
       _____
       _____
       _____
       _____
       _____
       _____
       _____
       _____
       _____

(b)    If you did not exhaust your state remedies on Ground Four, explain why: _____
       _____

(c)    Direct Appeal of Ground Four:
       (1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes   ☐ No
       (2) If you did not raise this issue in your direct appeal, explain why: _____
       _____

(d)    Post-Conviction Proceedings:
       (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial
       court?                                                                           ☐ Yes   ☐ No
       (2) If your answer to Question (d)(1) is "Yes," state:
       Type of motion or petition: _____
       _____
       Name and location of the court where the motion or petition was filed: _____
       _____
       Docket or case number (if you know): _____
       Date of the court's decision: _____
       Result (attach a copy of the court's opinion or order, if available): _____
       _____
       (3) Did you receive a hearing on your motion or petition?                         ☐ Yes   ☐ No
       (4) Did you appeal from the denial of your motion or petition?                    ☐ Yes   ☐ No
       (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes   ☐ No
       (6) If your answer to Question (d)(4) is "Yes," state:
       Name and location of the court where the appeal was filed: _____
       _____
       Docket or case number (if you know): _____
       Date of the court's decision: _____
       Result (attach a copy of the court's opinion or order, if available): _____
       _____
       (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.)
       that you have used to exhaust your state remedies on Ground Four: _____
       _____

13.     Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?                                                                          ☐ Yes   ☐ No
If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____
_____
_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____
_____

14.     Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?                                                    ☐ Yes   ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____
_____

15.     Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?                                          ☐ Yes   ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____
_____

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____
_____

(b) At arraignment and plea: _____
_____

(c) At trial: _____
_____

(d) At sentencing: _____
_____

(e) On appeal: _____
_____

(f) In any post-conviction proceeding: _____
_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?

☐ Yes   ☐ No

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

_____

(b) Give the date the other sentence was imposed: _____

_____

_____

(c) Give the length of the other sentence: _____

_____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or  sentence to be served in the future?                                    ☐ Yes   ☐ No

Please go to Question 18

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.§ 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Page 12

Therefore, petitioner asks that the Court grant the following relief: _in punitive damages loss wagess, defamation of character, slander mental anguish_

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.  I further declare under penalty of perjury that this Petition for Writ of Habeas Corpus was placed in the institutional mailing system or deposited with prison officials on _____(month, day, year). I attest that first-class postage has been prepaid.

Executed (signed) on _____ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____
_____