RECEIVED

JAN 06 2017

CLERK, U.S.D.C.
CHEYENNE, WYOMING

17-CV-04-

To who it May concern I filled the petition out on the best of My Knolage thank's for your time also im going to write down the info to Yellow Stone County and Park County.

Yellow Stone County County Cause NO. CR2016-2175
    PO. Box 35025
Room 701, courthouse          extradition not signed
Billings Montana 59107        constitutional rights violated
Telephone (406) 256-2870


Circuit Court fifth Judicial District
Park County Wyoming

Cody Park County Courthouse, 1002 Sheridan Ave. Cody Wyoming 82414. telephone (307) 527-8590

Due process, Racial Profile, false witness, fabricated civil Rights and constitutional rights violated
        DOCKET NO. CR-2016-230-COD

Rogelio Rodriguez Jr
PCDC
1402 River View Dr
Cody Wyoming 82414

FOREVER

USA

Band & Peel
UNITED STATES POSTAGE

PITNEY BOWES
$000.46⁵

02 1P
0001065939   JAN 04 2017
MAILED FROM ZIP CODE 82414

UNITED STATES District Court
District of Wyoming office of Clerk
2120 Capitol Ave. Room 2131
Cheyenne, Wy 82001

82001$3658 C015



INDIGENT

LEGAL MAIL

© USPS 2013

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Paper