FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2017 FEB -2 PM 2:01
STEPHAN HARRIS, CLERK
CHEYENNE

I am a wittness to Deputy Sarent Harris on January 11th in D Unit Sargent Harris came in threatend and Harrased Rogelio Rodriguez Jr for writeing a griveance Deputy Harris yelled at Mr Rodriguez unapropriate unprofesional things like.

"How am I suposed to Know your Indigent"!
"I got something on you"!
"your the on in orange, I get to go home"!
"I could punch you"!
"PEACE OUT"!
slaming the cell bean shoot in my face upon leaveing

D1

x Jaäson Bierschenk

[signature]

[signature]      x Richard Fountaine II
                    R.F. II

x Lonnie Lewis    x Richard McCloskey
                    [signature]

inmates in D1 *

Rogelio Rodriguez Jr
PCDC
1402 River View Dr
Cody Wy 82414

LEGAL MAIL

Clerk, United States District Court
2120 Capitol Ave Room 2131
Cheyenne, Wy 82001

8200133658



LEEAL MAIL

Park County Detention Center
1402 Riverview Drive
Cody, WY 82414

**INDIGENT**

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013

