FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2017 JUN -1 PM 2:04
STROUDRIQUE, CLERK
CASPER

Hello my name is Rogelio Rodriguez Jr im writeing in reguards to my case NO 5709 I strongly feel Im not getting a fair trial I go to trial the 31st of May through 1st Jun. There is a few things that concern me I feel I have inafective counsel as well. I gave my public defender phone numbers and names of posible alibis in the beging now the courts wont let me call any alibis witnesses because I didnt present them in time I was incarserated I gave my public defender that info he is the one who didnt present it in time before pre trial. I also asked him to interview the witnesses against me before pre trial that never happend. I asked my public defender to listen to my audio the prosecution is useing against me that never hepend. Prosecutors said they used a photo line up to Identify me they lied there was no foto line up used just one photo. I am woried about the fairness

of my trial this case is asosiated to a petition of writ of hebeaus corpus I filed Cas NO 17-cv-004-s in the United States District Court District of Wyoming my trial is comeing up after the 1st of Jun I have exoused all remedies please can you look into this thanx for your time much Respect

x Rogelio Rodriguez

P.S. They also arrested me and processed me under the name Rogelio Munoz Rodriguez that is not my name. My name is Rogelio Rodriguez Jr I have provided a birth certificate and a ID that verifies my name

## Leda Pojman

| | |
|---|---|
| From: | Leda Pojman |
| Sent: | Monday, May 15, 2017 11:13 AM |
| To: | 62hopkinson@hopkinsonlaw.net |
| Cc: | Leda Pojman |
| Subject: | alleged photo line-up that did not exist in Rogelio |

Rich,

As I stated in chambers there was no photo-line up given to either of the CIs in Rogelio's felony case. Bate stamped number 38, which you signed for on 2-13-17 was shown to the CIs and was unmarked/unlabeled when done so as the report indicates. Now on page 19 of DCI's report there is a typo as it says "photographs" (which again you signed for this discovery on the same date) when referring to this photograph (bate stamped number 38) and showing it to the CI. Feel free to cross exam SA Steward about that. Thanks.

Leda M. Pojman
Deputy County and Prosecuting Attorney
Park County Courthouse
1002 Sheridan Ave.
Cody, Wyoming 82414
307-527-8660 (office)
307-527-8663 (direct)
307-527-8668 (fax)
lpojman@parkcounty.us

Rogelio Rodriguez Jr
CCDC
River View Drive
Wy 82414

LEGAL MAIL
CASPER WY 826
31 MAY 2017 PM 2 L

Clerk United States District Court
115. Wolcott, Room 121
Casper, Wy 82601