Case 2:17-cv-00004-SWS   Document 14   Filed 08/04/17   Page 1 of 11   17-CR-4-S

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2017 AUG -4  AM 11: 22

STEPHAN HARRIS, CLERK
CHEYENNE

Hello my name is Rogelio Rodriguez I am writing in reguards to the order granting motion to proceed in forma pauperis it is orderd that the agency haveing custody of the prisoner shall forward payments from prisoners account to the Clerk of the court each time the amount exceeds $10 until filing fees are paid in full. this was ficled febuary 2 2017, I belive the agency Park County Detentio Center where I'm incaserated are not Complying with the court order and forwarding payments from my acount. My family puts money on my acount once in a while and I noticed The Detention Center only detucts what I owe in here for example medication, indigent supleis, it is July 2017 and not one cent has been deducted for the Clerk United Stated District court.

this concerns me dont want to get in trouble for not sending payments. enclosed with this letter is an add money receipt to explain my concern please look into this thanks for your time Much Respect

x Rogelio Rodriguez

Case NO. 17-CV-014-S

```
******RESIDENT COPY******
```

## Receivable Charge Receipt #C11363

Park County Detention Center
04/28/2017 15:58:58
ST 003                    OPR 8368

**RODRIGUEZ, ROGELIO**

RIMS ID Number :   21473
Date of Birth :    03/01/1979
Location :         D

```
Otc Meds-non-prescription -
        Old Bal    :     $0.00
        Charged    :   + $0.50
        Collected  :   - $0.07
        New Bal    :     $0.43
   Comment : Bacetracin
   _____
   Total Collected :     $0.07
```

Commissary Balance :     $0.07
Debt Balance :           $16.60

```
****** RESIDENT COPY ******
```

## Receivable Charge Receipt #C11426

Park County Detention Center

05/05/2017 10:16:43
ST 003                    | OPR 8368

**RODRIGUEZ, ROGELIO**

RIMS ID Number : 21473
Date of Birth :  03/01/1979
Location :       D

```
Prescription Costs -
        Old Bal    :      $0.00
        Charged    :    + $4.71
        Collected  :    - $0.03
        New Bal    :      $4.68
    Comment : Citalopram - 4/28

Prescription Costs -
        Old Bal    :      $4.68
        Charged    :    + $6.64
        Collected  :    - $0.00
        New Bal    :     $11.32
    Comment : Hydroxyzine - 4/28

Otc Meds-non-prescription -
        Old Bal    :      $0.43
        Charged    :    + $0.50
        Collected  :    - $0.00
        New Bal    :      $0.93
    Comment : Peroxide - 4/28

Otc Meds-non-prescription -
```

```
            Old Bal    :        $0.93
            Charged    :      + $0.50
            Collected  :      - $0.00
            New Bal    :        $1.43
  Comment : Ibuprofen - 4/28

Otc Meds-non-prescription -
            Old Bal    :        $1.43
            Charged    :      + $0.50
            Collected  :      - $0.00
            New Bal    :        $1.93
  Comment : Peroxide - 4/30

Otc Meds-non-prescription -
            Old Bal    :        $1.93
            Charged    :      + $0.50
            Collected  :      - $0.00
            New Bal    :        $2.43
  Comment : Peroxide - 5/2
            _____
  Total Collected :               $0.03
```

Commissary Balance :   $0.04
Debt Balance :         $29.92

# Receivable Charge
# Receipt #AP2054

Park County Detention Center

03/25/2017 18:00:26
ST  042|           |        | OPR  BMT

**RODRIGUEZ,**
  ROGELIO MUNOZ

  RIMS ID Number :    21473
  Date of Birth :      03/01/1979
  Location :           D

```
Other Not Listed -
          Old Bal    :      $0.00
          Charged    :    + $7.00
          Collected  :    - $0.01
          New Bal    :      $6.99
   Comment : Jail issued blanket
_____
Total Collected :            $0.01
```

Commissary Balance :      $0.02
Debt Balance :            $24.05

```
****** RESIDENT COPY ******
```

## Add Money Receipt #C11771
### C11772

Park County Detention Center
07/18/2017 13:15:39
ST 003| CD 001|           | OPR 8368

**RODRIGUEZ,**
**ROGELIO**

RIMS ID Number :   21473
Date of Birth :    03/01/1979
Location :         D

Add Amount   : $25.00

Visitor Name : Morales Rodriguez
Cash

Third Party Information:
PO Box 792
Ralston, WY 82440

Comment: Add Mondy

Receivable Collections:
_____

Otc Meds-non-prescription -
                Old Bal    :      $0.97
                Collected  :    - $0.97
                New Bal    :      $0.00

***** RESIDENT COPY *****

# Add Money
## Receipt #A02524
## A02525

Park County Detention Center

04/02/2017 14:14:56

ST 041| CD 001|         | OPR  DKR

**RODRIGUEZ,**
  ROGELIO MUNOZ

  RIMS ID Number :    21473
  Date of Birth :     03/01/1979
  Location :          D


Add Amount   : $20.00

Visitor Name : ANTONIO RODRIGUEZ
Cash

Comment: ROA

Receivable Collections:
_____

Prescription Costs -
          Old Bal    :       $13.16
          Collected  :     - $10.00
          New Bal    :        $3.16
_____

Total Collected :              $10.00

Commissary Balance :           $10.01
Debt Balance :                 $15.93

asosiated Cas NO
17-cv-014-S

Rogelio Rodriguez Jr
PCDC
1402 River View Drive
Cody, Wy 82414

Clerk United State District Court
2120 Capitol Ave
Suite 2204
Cheyenne Wy 82001



LEGAL MAIL

Park County Detention Center
1402 Riverview Drive
Cody, WY 82414

INDIGENT