FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2018 JAN -9 AM 11:38

STEPHAN HARRIS, CLERK
CASPER

Hello my name is Rogelio Rodriguez Jr
I writeing to let you know I got
sentenced December 8 they sentenced
me to 5 to 7 years in the penatentury
and I find it odd that they also
gave me the probation recomendation
thought I would get one or the
other. seeing that parol is what
is for. I'm just touching baisis
on my Case NO 5709 was also
under Rogelio Munoz Rodriguez, that
is not my name My name is
Rogelio Rodriguez J. This is asosiated
to Case 17-CV-004-S United States
Distric Court Writ of Heabeas Corpus
petition. I have exousted all
remedies and I would like to
go forward with the petion please.

Thank's for your time
Much Respect