FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2018 JAN -9 AM 11:38
STEPHAN HARRIS
CASPER

Hello my name is Rogelio Rodriguez Jr and I recently had an incedent with a Deputy in the Detention Center I am housed in I need a petition that I can file civil rights or Beivens. for example... the Deputie said some inapropriate coments wich made me feel unconfertable I felt it was sexual Harasment will you send a petition where I can file the complaint please

Thank you